# UNITED STATES DISTRICT COURT
for the
District of Montana

**FILED**

**OCT 25 2016**

Clerk, U.S. District Court
District Of Montana
Helena

United States of America )
v. )
JULIANNA MARIE LEWIS aka Elias Allan Lewis )  Case No: CR 11-45-GF-SEH-01
)  USM No: 11240-046
Date of Original Judgment: 10/13/2011 )
Date of Previous Amended Judgment: )  Anthony R. Gallagher (Appointed)
*(Use Date of Last Amended Judgment if Any)*   *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 228 months on Count I and 228 months on Count III, concurrent **months is reduced to** 180 months on Count I and 180 months on Count III, concurrent.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    10/13/2011    shall remain in effect.
**IT IS SO ORDERED.**

Order Date:    10/25/2016

*Judge's signature*

Effective Date: _____          Sam E. Haddon, United States District Judge
*(if different from order date)*          *Printed name and title*